**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2216**

———————

GAYLE GENE S. NAVEY,

                Plaintiff - Appellant,

      v.

VIRGINIA BEACH CITY PUBLIC SCHOOLS,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:11-cv-00142-RAJ-TEM)

———————

Submitted: April 24, 2012         Decided: April 27, 2012

———————

Before WILKINSON, GREGORY, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gayle Gene S. Navey, Appellant Pro Se. Elaine Inman Hogan, CRENSHAW WARE & MARTIN, PLC, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gayle Gene S. Navey appeals the district court's order dismissing her employment discrimination suit for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. Navey v. Va. Beach City Pub. Schs., No. 2:11-cv-00142-RAJ-TEM (E.D. Va. Sept. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED